# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MARQWESHA DAVIS**

*Plaintiff*,

v.

Case No: 4:25-cv-00126-MW-MAF

**TOMOCREDIT INC et al.,**

*Defendants.*

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## TOMOCREDIT INC. ONLY

Plaintiff hereby notifies this Court that she has reached a settlement in principle

as to Tomocredit, Inc., only. The claims against Trans Union LLC remain pending.

Respectfully submitted August 8, 2025, by,

/s/ *Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for the remaining Defendants, via e-notice, email, or U.S. Postal Mail First Class.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103