UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARQWESHA DAVIS**

   Plaintiff,

   v.                                                                Case Number: **4:25cv126-MW/MAF**

**TOMOCREDIT, INC., ET AL.,**

   Defendants.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TOMOCREDIT, INC., ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses Tomocredit, Inc., with prejudice. The only remaining Defendant in this case is Trans Union LLC.

Respectfully submitted October 7, 2025,

/s/  *Thomas M. Bonan*
Thomas M. Bonan
Florida Bar No.: 118103
SERAPH LEGAL, P. A.
TBonan@SeraphLegal.com
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230
Fax: 855-500-0705
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2025 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Thomas M. Bonan*
Thomas M. Bonan, Esq.
Florida Bar No.: 118103